Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 3

| CEK Group LLC, | |
|---|---|
| **Plaintiff,** | **S U M M O N S** |
| v. | Ct. No. 22-00082 |
| UNITED STATES, | |
| **Defendant.** | |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. CEK Group LLC, a U.S. importer and interested party in contested determination
   (Name and standing of plaintiff)

2. U.S. Customs and Border Protection's final determination as to evasion and final adminsitrative determination under Enforce and Protect Act. ("EAPA") Case Number 7501
   (Brief description of contested determination)

3. 1/28/2021 Final Administrative determination, including 9/ 16/2001 final determiation
   (Date of determination)

4. Not applicable as EAPA decisions are not published in the Federal Register
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ David Craven

Signature of Plaintiff's Attorney

3/11/2022
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

David J. Craven, Craven Trade Law LLC
3744 N Ashland Avenue
Chicago, IL 60613
Tel: 773 709 8506
e-mail: dcraven@craventrade.com

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Commissioner
U.S. Customs and Border Protection
Office of the Chief Counsel
1300 Pennsylvania Avenue, NW
Washington, DC 20229