

**U.S. Department of Justice**

Civil Division

*International Trade Field Office*      Phone 212-264-9230
*Commercial Litigation Branch*          Fax   212-264-1916
*26 Federal Plaza Room 346*
*New York, New York 10278-0140*

**VIA CM/ECF**                          August 23, 2022

The Honorable Jane A. Restani
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

      Re:  *CEK Group LLC v. United States*, Ct. No. 22-00082

Dear Judge Restani:

      The United States respectfully notifies the Court of a recently filed case, *United States v. Liu et al*, Ct. No. 22-00215, that is related to the parties and issues involved in this case, *CEK Group LLC v. United States*, Ct. No. 22-00082.

      The complaint filed in *United States v. Liu et al* on July 21, 2022, names as defendants Zhe "John" Liu and GL Paper Distribution, LLC. The complaint alleges, among other things, that Mr. Liu "operated, directed, was an agent of, and handled the importation of merchandise for multiple companies incorporated in Florida, including defendant GL Paper Distribution, LLC (GL Paper) . . . CEK Group, LLC (CEK)[.]" *See United States v. Liu et al*, Ct. No. 22-00215, Compl. ¶ 2, ECF No. 2. The complaint further alleges that "[f]rom on or about April 18, 2019 through on or about November 11, 2020, CEK filed customs entries with the United States for steel wire hangers purportedly imported from the Kingdom of Thailand[.]" *Id.* ¶ 7.

      *CEK Group LLC v. United States*, Ct. No. 22-00082, involves CEK's challenge to a determination by U.S. Customs and Border Protection that CEK was "evading the Antidumping duty order on steel wire garment hangers from the People's Republic of China that were being transshipped through Thailand." Complaint ¶ 7, ECF No. 2.

      Respectfully submitted,

      BRIAN M. BOYNTON
      Principal Deputy Assistant Attorney General

      PATRICIA M. McCARTHY
      Director

      /s/ Reginald T. Blades, Jr.
      REGINALD T. BLADES, Jr.
      Assistant Director

/s/Elisa S. Solomon
ELISA S. SOLOMON
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346, 3rd Fl.
New York, NY  10278
(212) 264-0583 (O)
(202) 253-6538 (M)

OF COUNSEL:

Christopher Berridge
Jennifer L. Petelle
U.S. Customs and Border Protection
Office of the Chief Counsel

*Counsel for Defendant United States*